**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **07 - CV - 01056** - *BNB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2007

GREGORY C. LANGHAM
CLERK

SHAWN SOUVA,

      Applicant,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Shawn Souva has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in

proper form. Therefore, the clerk of the court will be directed to commence a civil

action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _16th_ day of _May_____, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 01056** -ßNß

Shawn Souva
Prisoner No. 112587
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

       I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full
$5.00 filing fee** to the above-named individuals on___5/21/07____

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk